# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Illinois Department of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Dr. Teepu Siddique, M.D.** | Home Phone (Incl. Area Code)<br>**312-952-8730** | Date of Birth<br>**12/02/1947** |
|---|---|---|
| Street Address<br>**1335 N. Astor St. #13B** | City, State and ZIP Code<br>**Chicago, IL 60610** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**Northwestern Medical Group f/k/a Northwestern Medical Faculty Foundation, Northwestern University Feinberg School Of Medicine, Northwestern University, Northwestern Memorial Healthcare** | No. Employees, Members<br>**50+** | Phone No. (Include Area Code)<br>**(312) 695-6609** |
|---|---|---|
| Street Address<br>**21 E. Ontario St., Suite 1800** | City, State and ZIP Code<br>**Chicago, IL 60611** | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) FMLA see below | Earliest: **November 1, 2013 (approximate)**  Latest: **July 1, 2019**<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a physician-scientist, internationally recognized as an expert in neuromuscular disease and a pioneering world-renowned neurogeneticist who has discovered multiple causative genes for the inherited form of amyotrophic lateral sclerosis (ALS), commonly known as Lou Gehrig's disease. My research has been continuously funded by the National Institutes of Health (NIH) since 1985, and I have 160 peer-reviewed publications, hundreds of abstracts, given dozens of invited seminars, and published several book chapters to my credit. I have received all the major national and international awards for ALS research, and I have been recognized as Top Doctor (Chicago Magazine and Castle Connolly) consecutively for the last 18 years.

On or about August 9, 1990, I received a formal offer of employment from Northwestern University Feinberg School of Medicine ("NU Feinberg"). NU Feinberg is a medical school owned, operated, and controlled by Northwestern University ("NU"). In or about November 1990, I accepted and signed a contract of employment with Northwestern Medical Faculty Foundation ("NMFF"), the clinical arm of NU Feinberg to become effective on January 1, 1991.

Northwestern Medical Group ("NMG") is the successor to NMFF. Northwestern Memorial HealthCare ("NMHC") is the healthcare arm of NU, is the umbrella or parent corporation of NMG, and is closely affiliated with NU Feinberg. Accordingly, NU Feinberg, NU, NMFF/NMG, and NMHC (collectively, the "Northwestern Employers") were my joint-employer during the relevant time period for the purposes of Title VII and the ADEA. I have been continuously employed in good standing with the Northwestern Employers from January 1, 1991 to the present, and I am currently a tenured professor. The contact information for the Northwestern Employers is attached hereto as Exhibit A.

I am now 72 years old. Since 2013, the Northwestern Employers have discriminated against me based on age with respect to the terms, conditions, and privileges of my employment. **[See additional page]**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br><br>xx<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>08/23/2019 |
| 8/23/2019  _Date_  _Charging Party Signature_ | OFFICIAL SEAL<br>ASHLEY N PRIOR<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:07/17/21 |

EEOC Form 5 (11/09)

**[Continued from previous page]**

Specifically, by funding cuts and interference with and redirection of my funding for research, experiments, staffing, and/or laboratory and clinical work, the Northwestern Employers have tried to set me up for failure by making my job responsibilities virtually impossible to perform at the highest level. From 2013 to the present, my long-standing established responsibilities have been systematically reduced or eliminated, among other things.

In or about 2016, the Chair of the NU Feinberg Department of Neurology announced at a department meeting that I had been "put out to pasture." Shortly thereafter, the Chair sent an email to the entire NU Feinberg neurology faculty informing that he was actively looking to fill my position. I was blindsided by this email, as the job search had not been discussed with me and I was unaware that the Northwestern Employers were seeking my replacement.

Although my employment contract provides that I shall "(d)irect the Neuromuscular Disorders program having direct supervision of the Les Turner Foundation Lois Insolia ALS Clinic, the Les Turner Foundation ALS Research Program, and the Department's muscle histochemical laboratory", in 2016, the Northwestern Employers – again, without my advance knowledge – advertised for an academic neurologist to become Director of a new Les Turner ALS Research and Patient Center. This job search effectively sought to eliminate my position, responsibility, and authority. In 2017, the Northwestern Employers hired a new Director of the Division of Neuromuscular Medicine, previously the Neuromuscular Program/Division, and Director of the new Les Turner ALS Center, making him responsible, instead of me, for the Les Turner ALS Foundation relationships and the neuromuscular clinics. The new Director is younger than me, and he has had far fewer contributions to ALS, neuromuscular research, and patient care than me. On July 1, 2019, the Northwestern Employers further discriminated against me by reducing my pay.

The Northwestern Employers' actions are in direct conflict with both my employment contract and the applicable rules governing the treatment of tenured professors. I am now 71 years old, and I believe the Northwestern Employers targeted me for a salary reduction and engaged in the other aforementioned acts of discrimination against me because of my age.

I declare under penalty of perjury that the above is true and correct.

August 23 2016
_____
Date

_____
Charging Party Signature

## Exhibit A

After conducting a reasonable investigation, including reviewing publically available information, upon information and belief, the contact information for the Northwestern Employers is as follows:

| Employer | No. Employees, Members | Phone No. | Street Address City, State and ZIP Code |
|---|---|---|---|
| Northwestern University | 50+ | (847) 491-3741 (847) 491-5605 | 633 Clark St. Evanston, IL 60208 |
| Northwestern Memorial Healthcare | 50+ | (312) 695-6609 | 21 E. Ontario St., Suite 1800 Chicago, IL 60611 |
| Northwestern Medical Group f/k/a Northwestern Medical Faculty Foundation | 50+ | (312) 695-6609 | 21 E. Ontario St., Suite 1800 Chicago, IL 60611 |
| Northwestern University Feinberg School Of Medicine | 50+ | (312) 503-8194 | 420 E. Superior St. Chicago, IL 60611 |